**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2110**

ERIC EMANUEL TAYLOR,

                    Plaintiff - Appellant,

          v.

BARACK HUSSEIN OBAMA, The President of the United States of
America; JOHN G. ROBERTS, JR.; ANTHONY M. KENNEDY; ANTONIN
SCALIA; CLARENCE THOMAS; ELENA KAGAN; SAMUEL A. ALITO JR.;
SONIA SOTOMAYOR; STEPHEN G. BREYER; THE SUPREME COURT OF THE
UNITED STATES OF AMERICA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge.  (2:12-cv-00448-RGD-FBS)

Submitted:  November 13, 2012      Decided: November 15, 2012

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Emanuel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor seeks to appeal the district court's order dismissing without prejudice for failure to state a claim his amended complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Taylor does not challenge in his informal brief the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED